UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JUSTIN BULLOCK,                                    :        26-cv-29 (SHS)

                              Plaintiff,           :        ORDER OF DISMISSAL

              -against-                            :

PASCHA CHOCOLATE COMPANY, INC.,                    :

                              Defendant.           :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Plaintiff having filed a notice of settlement today [Doc. No. 11],

      IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time.

Dated: New York, New York
      February 25, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.